IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:04CR3019 |
| ) | |
| KEVIN LEON EDWARDS, ) | |
| ) | |
| Defendant. ) | |

## ORDER

THIS MATTER comes before the Court on defendant's Motion to Review Detention, Filing No. 63. This Court, being fully advised in the premises, and noting that the government and the probation office have no objection, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the defendant shall be released from the custody of the United States Marshal forthwith, under the current terms and conditions of his supervised release with the additional condition that he enroll, participate and successfully complete an intensive outpatient treatment program of his choice at his own expense.

All other conditions of Mr. Edwards' supervised release, not inconsistent with this Order, shall remain in effect.

Dated this 4th day of August, 2010.

BY THE COURT:

s/ *Cheryl R. Zwart*
The Honorable Cheryl R. Zwart
United States Magistrate Judge