IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:04CR3019 |
| V. | ) | |
| KEVIN LEON EDWARDS, | ) | ORDER |
| Defendant. | ) | |

Upon application of the defendant, and with the concurrence of the Probation Officer,

IT IS ORDERED that supervision is herewith terminated. The Clerk shall provide the defendant with a copy of this order. The defendant's last known address is 3540 Pawnee Street, Lincoln, NE 68506.

DATED this 6th day of October, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge